# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

Betsy Elizabeth Perez,

      Plaintiff,

      v.

Frank J. Bisignano,
COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

Case No.  2:25-cv-05170-AJR

~~[PROPOSED]~~ **ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

      Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of FOUR THOUSAND SIX HUNDRED AND 00/100 ($4,600.00) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

      IT IS SO ORDERED.

DATE:___March 4, 2026____

_____
HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE